UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KISCHA REED,

    Plaintiff,

v.

GENTIVA HEALTH SERVICES, INC.,

    Defendant.

CIVIL ACTION FILE

NO. 1:15-cv-1146-SCJ

## J U D G M E N T

This action having come before the court, Honorable Steve C. Jones, United States District Judge on defendant's Motion to Dismiss and the court having granted said motion, it is

**Ordered and Adjudged** that plaintiff take nothing, that defendant recover its costs of this action, and this action be, and the same hereby is, **DISMISSED WITH PREJUDICE.**

Dated at Atlanta, Georgia this 28th day of August, 2015.

                    JAMES N. HATTEN
                    CLERK OF COURT

            By:  s/Amanda Querrard
                  Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
   August 28, 2015
James N. Hatten
Clerk of Court

By: s/Amanda Querrard
      Deputy Clerk